1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOWNEY BRAND LLP

ANDERSON, KILL & OLICK, P.C.
J. Andrew Rahl, Jr.
Michael J. Venditto
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 278-1000
Facsimile:  (212) 278-1733
Email:  mvenditto@andersonkill.com

*Counsel for Newstart Factors, Inc.*

DOWNEY BRAND LLP
SALLIE B. ARMSTRONG (Bar No. 001243)
KEVIN A. DARBY (Bar No. 007670)
427 West Plumb Lane
Reno, NV  89509
Telephone: (775) 329-5900
Facsimile: (775) 786-5443
Email:  reno@downeybrand.com

*Co-Counsel for Newstart Factors, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

In re:

BLUE BIRD BODY COMPANY, et al.,

               Debtors.

**Case No. 3:06-cv-00066-LRH-VPC**

BK. No. BK-N-06-50026
Appeal Nos.  06-01 and 06-02

**STIPULATION AND ORDER TO ALLOW
INTERVENTION BY BANK GROUP**

      Appellant Newstart Factors, Inc. ("Newstart") and Appellee Blue Bird Body Company

("Blue Bird"), by and through their undersigned counsel, hereby stipulate and agree to allow the

Bank Group[1]  (defined in the Motion to Dismiss the Appeals at p. 1 as collectively the lender

banks of Blue Bird) to intervene as a party in interest in the present appeal pursuant to

Fed.R.Civ.P. 24(a) and 11 U.S.C. §1109.   This Stipulation is based on the following facts and

circumstances:

*///*

_____

[1]     The Bank Group would act on behalf of all the lenders; multiple briefs by lenders are not contemplated.

746367.1

0

DOWNEY BRAND LLP

A.      On January 26, 2006 (the "Petition Date"), Blue Bird and certain of its affiliates (collectively the "Debtors"), filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code");

B.      On January 27, 2006, the Bankruptcy Court held a hearing to consider approval of the Debtors' Disclosure Statement and confirmation the Debtors' Joint Prepackaged Plan Of Reorganization For Blue Bird Body Company And Certain Of Its Affiliates (the "Plan").  The Debtors and the Bank Group made appearances and argument on the record in support of the Plan, while Newstart made appearance and argument on the record in opposition to the Plan.  At the conclusion of the hearing, the Bankruptcy Court approved the Debtors' Disclosure Statement, confirmed the Plan and entered an *Interim Order Approving Disclosure Statement And Confirming Plan Of Reorganization* ("Order").

C.      On February 2, 2006, Newstart filed a Notice of Appeal under 28 U.S.C. 158(a)(1), pursuant to which it initiated an appeal of, among other things, the Order.  Also, on February 2, 2006, Newstart elected to have its appeal heard by this Court.

D.      Since the initiation of Newstart's appeal, counsel for Newstart and Blue Bird have reached an agreement, subject to this Court's approval, to allow the Bank Group to intervene in the instant appeal based upon, among other things, its interest in this matter and its significant involvement at the Bankruptcy Court level.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

746367.1

0

STIPULATION AND ORDER TO ALLOW INTERVENTION BY BANK GROUP

NOW, THEREFORE, based on the foregoing, the parties hereto hereby agree and stipulate to allow the Bank Group to intervene in the instant appeal pursuant to 11 U.S.C. § 1109 and Fed.R.Civ.P. 24(a).  The Bank Group's answering brief shall be filed in the District Court no later than the deadline for Blue Bird to file its answering brief in this appeal.

DATED: April 19, 2006                    DOWNEY BRAND LLP


By:    /s/ KEVIN A. DARBY
         SALLIE B. ARMSTRONG, ESQ.
         KEVIN A. DARBY, ESQ.

*Attorneys for Appellant Newstart Factors, Inc.*


DATED: April 19, 2006                    LIONEL SAWYER & COLLINS


By:    /s/ JENNIFER A. SMITH
         JENNIFER A. SMITH

*Attorneys for Appellee Blue Bird Body Company*



**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2006

746367.1

0

STIPULATION AND ORDER TO ALLOW INTERVENTION BY BANK GROUP

DOWNEY BRAND LLP