UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| In re: ) | |
| ) | |
| BLUE BIRD BODY COMPANY, et al., ) | 3:06-cv-00066-LRH-VPC |
| ) | |
| Debtor. ) | ORDER |
| ) | |
| NEWSTART FACTORS, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | |
| BLUE BIRD BODY COMPANY, ) | |
| ) | |
| Appellee. ) | |

   Before the Court are two motions by Appellee Blue Bird Body Company, [36] motion to dismiss the appeals of Newstart Factors, Inc. as moot and [49] motion to suspend briefing on the appeals of Newstart Factors, Inc. with oppositions [42] and [50] by Appellant Newstart Factors, Inc. The court is currently in a 6-7 week trial in Las Vegas and has been unable to consider the motions.

   The ourt will hereby grant a 21-day stay on the briefing of the appeals of Newstart Factors, Inc. from Monday, May 1, 2006, to Monday, May 22, 2006.

   IT IS SO ORDERED.

   DATED this 25th day of April, 2006.

_____
LARRY R. HICKS
United States District Judge