1
2
3
4
5
6       UNITED STATES DISTRICT COURT

7         DISTRICT OF NEVADA

8          * * * * *

9 In re:         )
             )
10 BLUE BIRD BODY COMPANY, et al., ) 3:06-cv-00066-LRH-VPC
             )
11       Debtor. ) <u>ORDER</u>
             )
12 NEWSTART FACTORS, INC.,  )
             )
13       Appellant, )
             )
14 vs.         )
             )
15 BLUE BIRD BODY COMPANY,  )
             )
16       Appellee. )
             )
17

18    Due to the court's calendar, it has been unable to fully consider the motion to dismiss the

19 appeals of Newstart Factors, Inc. (Doc. #36).

20    GOOD CAUSE APPEARING, briefing on the appeals of Newstart Factors, Inc. shall be

21 suspended until further ruling by the court.  The court expects to have a decision on the motion to

22 dismiss appeals within the next two weeks.

23    IT IS SO ORDERED.

24    DATED this 19th day of May, 2006.

25
26
27            _____
             LARRY R. HICKS
28             United States District Judge